NORMANDY BEACH IMPROVEMENT ASSOCIATION v.
COMMISSIONER, DEPARTMENT OF
ENVIRONMENTAL PROTECTION.

March 19, 1984.

Petition for certification denied.

MORRIS J. BLOCK v. FREDRIC M. BLOCK.

March 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS MCCANN.

March 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN SAUNDERS.

March 19, 1984.

Petition for certification denied.